Abraham J. Colman (SBN 146933)
Raagini Shah (SBN 268022)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  +1 213 457 8000
Facsimile:    +1 213 457 8080

Attorneys for Defendant
1ST FINANCIAL BANK USA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ZUNIGA,<br><br>            Plaintiff,<br><br>    vs.<br><br>1st FINANCIAL BANK USA,<br><br>            Defendant. | Case No.<br><br>[Removal from Superior Court of California, County of Los Angeles, Case No. BC553242]<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a)**<br><br>**[FEDERAL QUESTION]** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that Defendant 1st Financial Bank USA ("Defendant") hereby removes this action described below from the Superior Court of California for the county of Los Angeles to the United States District Court for the Central District of California, pursuant to Sections 1331 and 1441 of Title 28 of the United States Code ("U.S.C."). The removal is based on the following:

**I.   REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1331 AND 1441**

1. On July 30, 2014, Plaintiff Stephanie Zuniga filed a complaint in the Superior Court of California for the County of Los Angeles, entitled *Zuniga v. 1st Financial Bank USA,* Case No. BC553242 (hereinafter the "State Court Action"). On September 5, 2014, Plaintiff filed a First Amended Complaint ("FAC") in the State Court Action. The Complaint and FAC both allege (1) Violation of the Telephone Consumer Protection Act ("TCPA"), 47 USC §§ 227 *et seq;* and (2) Violation of the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), California Civil Code §§ 1788, *et seq.* The Complaint, FAC, Summons, and other State Court Action documents are attached hereto as **Exhibit A**, as required by 28 U.S.C. §1446(a).

2. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(a) in that it is a civil action arising under the laws of the United States, specifically the TCPA.

3. This Court also has supplemental jurisdiction over Plaintiff's RFDCPA claim as this claim arises from the same core operative facts relating to the alleged violations of the TCPA. Accordingly, Plaintiff's state law claim is related to Plaintiff's federal question claim, and thereby forms a part of the same case and controversy pursuant to 28 U.S.C. § 1367(a).

## II. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

1. Defendant was never served with the Complaint or the FAC[1]. However, on November 24, 2014, Defendant received a case management conference statement from Plaintiff in the mail for the State Court Action, which was the first time that Defendant learned the existence of this case. On the same date, November 24, 2014, Defendant obtained a copy of the Summons, Complaint, and FAC from the website of the Los Angeles County Superior Court. This Notice of Removal is timely in that it is filed within thirty days after receipt by the Defendant of a copy of the initial pleading setting forth the removable claim. *See* 28 U.S.C. § 1446(b).

2. The Superior Court of California for the County of Los Angeles is located within the United States District Court for the Central District of California. Thus venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

3. In compliance with 28 U.S.C. § 1446(d), Defendant will serve on Plaintiff and will file with the Clerk of the Superior Court for the County of Los Angeles, a written "Notice to the Clerk of the Superior Court of the County of Los Angeles and Notice To Adverse Parties of Filing of Notice of Removal of Civil Action to Federal Court," attaching a copy of this Notice of Removal and all supporting papers.

4. No previous application has been made for the relief requested herein.

///

---

[1] While Plaintiff filed a proof of service of the original Complaint with the Los Angeles Superior Court, the company that was served—Corporation Service Company located in Denver, Colorado—is not a registered agent of Defendant. According to the Colorado Secretary of State website, Corporation Service Company is the registered agent of an entirely separate institution, "First Financial Bank" or "First Financial Interim Bank."

WHEREFORE, Defendant respectfully removes this action from the California Superior Court for the County of Los Angeles to this Court pursuant to 28 U.S.C. §§ 1331 and 1441.

DATED: December 5, 2014           REED SMITH LLP


By: */s/ Raagini Shah*_____
    Abraham J. Colman
    Raagini Shah
    Attorneys for Defendant
    1ST FINANCIAL BANK USA